IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH AND WELFARE FUND OF NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) NO. 3:19-cv-00155<br>) JUDGE RICHARDSON |
| v. | )<br>) |
| LAW OFFICES OF MICHAEL A. DEMAYO, L.L.P., | )<br>)<br>) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Doc. No. 22) and Plaintiff's Motion for Summary Judgment (Doc. No. 26). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**.

This action is DISMISSED, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE